NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


ALEJANDRO PUYALENA,                )
                                   )
          Appellant,               )
                                   )
v.                                 )          Case No.  2D17-754
                                   )
STATE OF FLORIDA,                  )
                                   )
          Appellee.                )
_____  )

Opinion filed March 8, 2019.

Appeal from the Circuit Court for Manatee
County; Susan Maulucci, Judge.

Robert N. Harrison, Venice, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and C. Todd Chapman,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.

          Affirmed.


NORTHCUTT, SILBERMAN, and ROTHSTEIN-YOUAKIM, JJ., Concur.